

**ORDERED in the Southern District of Florida on November 6, 2014.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | CASE NO.:11-42350-EPK |
| **Ronald D Eckland,** | CHAPTER 7 |
| Debtor. _____/ | |
| **Evangelina Forsberg,** | ADV. NO.: 12-01328-EPK |
| Plaintiff, | |
| v. | |
| **Ronald D Eckland** | |
| Defendant. _____/ | |

## FINAL JUDGMENT

THIS MATTER came before the Court for trial on June 23, 2014 upon the Complaint [ECF No. 1] filed by Evangelina Forsberg (the "Plaintiff").

For the reasons stated on the record at the oral ruling on November 6, 2014, and pursuant to the provisions of Fed. R. Bankr. P. 7058, it is ORDERED AND ADJUDGED

that:

    1.    Final Judgment is entered in favor of Ronald D. Eckland (the "Defendant") on Count I – Objection to Dischargeability of Debt under § 523(a)(2)(A) of the Complaint, and all relief requested by the Plaintiff in Count I is DENIED.

    2.    Final Judgment is entered in favor of the Defendant on Count II – Objection to Dischargeability of Debt under § 523(a)(4) of the Complaint, and all relief requested by the Plaintiff in Count II is DENIED.

    3.    Final Judgment is entered in favor of the Plaintiff on Count III – Objection to Dischargeability of Debt under § 523(a)(6). There shall be excepted from discharge in this bankruptcy case pursuant to 11 U.S.C. § 523(a)(6) the total sum determined by the United States District Court for the Northern District of Georgia, in the action styled Evangelina Forsberg v. Ron Eckland, Civil Action No. 1:10-cv-357, as being payable to the Plaintiff as a result of the Defendant's failure to pay in full the $800,000 previously ordered by that court, including without limitation all interest, fees and costs related thereto as awarded by that court.

###

Copies Furnished to:

All parties of record by the Clerk.